UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-32-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| ANTHONY RENARD BARNETT ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 46, in the above-captioned matter, as well as the Motion to Seal the same and this Order, are SEALED until ordered unsealed by the court upon motion of the United States, except that a copy shall be provided to the Office of the United States Attorney and to the defendant.

This the 17th day of November, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge